UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
984 ROUTE 166 SUITE 6
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTOR
732-228-7400

In Re:
JOHN WILLIAM GREGG III

Case No.:        22-17232

Judge:           CMG

Chapter:         13

Recommended Local Form:    ☒ Followed    ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____MaryBeth Schroeder_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____11/2/2022_____.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 10/19/2022    /s/John William Gregg III
  Signature of Debtor

DATED: _____    _____
  Signature of Joint Debtor

new.5/23/06;jml