Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17232−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 John William Gregg III
 212 Morningside St
 Toms River, NJ 08757−3631

Social Security No.:
 xxx−xx−7685

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 29, 2022.

Dated: November 29, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John William Gregg, III  
    Debtor

Case No. 22-17232-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Nov 29, 2022      Form ID: plncf13      Total Noticed: 66

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | John William Gregg, III, 212 Morningside St, Toms River, NJ 08757-3631 |
| 519704266 | Dominick Gregg, 212 Morningside St, Toms River, NJ 08757-3631 |
| 519703303 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519741538 | Email/PDF: bncnotices@becket-lee.com | Nov 29 2022 20:50:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519703260 | Email/PDF: bncnotices@becket-lee.com | Nov 29 2022 20:49:58 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519703261 | Email/PDF: bncnotices@becket-lee.com | Nov 29 2022 20:49:58 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519703262 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 21:00:24 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519703263 | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 29 2022 20:49:36 | Best Egg, 1523 Concord Pike Ste 201, Wilmington, DE 19803-3656 |
| 519703264 | + Email/PDF: MarletteBKNotifications@resurgent.com | Nov 29 2022 20:49:36 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 519710910 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 29 2022 20:51:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519703265 | Email/Text: bankruptcy@usecapital.com | Nov 29 2022 20:51:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 519703266 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2022 20:50:09 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519703267 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2022 20:49:36 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519703269 | Email/Text: enotifications@santanderconsumerusa.com | Nov 29 2022 20:51:00 | Chrysler Capital, Attn: Bankruptcy Dept, PO Box 961278, Fort Worth, TX 76161-0278 |
| 519703268 | Email/Text: enotifications@santanderconsumerusa.com | Nov 29 2022 20:51:00 | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 519703270 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 21:00:19 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519754927 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 22-17232-CMG  Doc 26  Filed 12/01/22  Entered 12/02/22 00:15:07  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: plncf13 | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| | | Nov 29 2022 21:00:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519703271 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 21:00:24 | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519703272 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 21:00:24 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519703273 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 21:00:19 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519703274 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 21:00:19 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519703275 | + Email/Text: mediamanagers@clientservices.com | Nov 29 2022 20:50:00 | Client Services, INC, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519703276 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2022 20:51:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519703277 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2022 20:51:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 519703278 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2022 20:51:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519703279 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2022 20:51:00 | Comenity Express, PO Box 659728, San Antonio, TX 78265-9728 |
| 519703280 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2022 20:51:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519703281 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2022 20:51:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519703282 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2022 20:51:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519703283 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2022 20:51:00 | Comenitycb/bjsclub, PO Box 182120, Columbus, OH 43218-2120 |
| 519703284 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2022 20:51:00 | Comenitycb/zales, PO Box 182120, Columbus, OH 43218-2120 |
| 519703285 | Email/Text: mrdiscen@discover.com | Nov 29 2022 20:50:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519708505 | Email/Text: mrdiscen@discover.com | Nov 29 2022 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519703286 | Email/Text: mrdiscen@discover.com | Nov 29 2022 20:50:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519703287 | Email/Text: collecadminbankruptcy@fnni.com | Nov 29 2022 20:51:00 | First National Bank, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 519716215 | Email/Text: collecadminbankruptcy@fnni.com | Nov 29 2022 20:51:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha Ne 68197 |
| 519703288 | Email/Text: collecadminbankruptcy@fnni.com | Nov 29 2022 20:51:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103 |
| 519703289 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 29 2022 20:51:00 | Internal Revenue Servic, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519769378 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 29 2022 20:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519703290 | Email/Text: PBNCNotifications@peritusservices.com | Nov 29 2022 20:50:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519703291 | Email/Text: PBNCNotifications@peritusservices.com | Nov 29 2022 20:50:00 | Kohls/capone, PO Box 3115, Milwaukee, WI |

Case 22-17232-CMG    Doc 26    Filed 12/01/22    Entered 12/02/22 00:15:07    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: plncf13 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | | 53201-3115 |
| 519747699 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2022 20:50:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519767726 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2022 20:49:58 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519766877 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2022 20:49:59 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519764172 | | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2022 20:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519764171 | | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2022 20:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519703292 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 29 2022 20:51:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519766879 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2022 21:00:19 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519703293 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 29 2022 20:51:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519715602 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 29 2022 20:51:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519703294 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 29 2022 20:51:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519716201 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 29 2022 20:51:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519703295 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 21:00:19 | Shell/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519703296 | | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 20:50:09 | Syncb/Car Care Summi, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519703297 | | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 20:49:54 | Syncb/ccsumt, C/o, PO Box 965068, Orlando, FL 32896-5068 |
| 519703298 | | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 20:50:09 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519703299 | | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 20:50:09 | Syncb/score Rewards Dc, PO Box 965005, Orlando, FL 32896-5005 |
| 519766754 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 20:50:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519704302 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 20:49:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519703300 | | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 20:50:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519703301 | | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 20:49:56 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519703302 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 21:00:24 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519758949 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 29 2022 20:49:57 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519703304 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 29 2022 20:50:10 | Wf/fmg, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519704250 | | Diana Gregg |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor John William Gregg III marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4