| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-17232 / CMG**

John William Gregg, III

Petition Filed Date: 09/13/2022
341 Hearing Date: 10/13/2022
Confirmation Date: 11/02/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2023 | $550.00 | 89677670 | 02/22/2023 | $550.00 | 90117920 | 03/29/2023 | $550.00 | 90780870 |
| 04/27/2023 | $550.00 | 91316980 | 05/26/2023 | $550.00 | 91840640 | 06/22/2023 | $550.00 | 92339130 |
| 07/20/2023 | $550.00 | 92842500 | 08/18/2023 | $550.00 | 93342950 | 09/18/2023 | $550.00 | 93826070 |
| 10/18/2023 | $550.00 | 94380830 | 11/27/2023 | $550.00 | 94976160 | 12/21/2023 | $550.00 | 95426470 |
| 01/25/2024 | $550.00 | 95983150 | | | | | | |

**Total Receipts for the Period:  $7,150.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $9,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John William Gregg, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MaryBeth Schroeder, Esq. »» ATTY DISCLOSURE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,209.36 | $0.00 | $9,209.36 |
| 2 | SANTANDER CONSUMER USA INC dba »» 2021 DODGE CHALLENGER | Debt Secured by Vehicle | $32.83 | $32.83 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE »» 2021 | Priority Creditors | $5,945.57 | $3,137.38 | $2,808.19 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $65.55 | $0.00 | $65.55 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC »» P/212 MORNINGSIDE ST/1ST MTG/ORDER 10/25/22 | Mortgage Arrears | $2,621.01 | $2,621.01 | $0.00 |
| 6 | SANTANDER CONSUMER USA INC dba »» 20201 DODGE CHARGER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $4,726.29 | $0.00 | $4,726.29 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $4,046.19 | $0.00 | $4,046.19 |
| 9 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $7,266.81 | $0.00 | $7,266.81 |
| 10 | CITIBANK, N.A. »» SHELL CREDIT CARD | Unsecured Creditors | $512.76 | $0.00 | $512.76 |
| 11 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,486.95 | $0.00 | $2,486.95 |
| 12 | Wells Fargo Bank, NA »» VALUE CITY FURNITURE | Secured Creditors | $319.48 | $319.48 | $0.00 |
| 13 | Wells Fargo Bank, NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-17232 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR »» BJ'S CONSUMER | Unsecured Creditors | $8,573.50 | $0.00 | $8,573.50 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» ZALE'S JEWELRY | Unsecured Creditors | $817.50 | $0.00 | $817.50 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» NEW YORK & CO | Unsecured Creditors | $586.57 | $0.00 | $586.57 |
| 17 | CITIBANK, N.A. »» MY BEST BUY CC | Unsecured Creditors | $3,219.01 | $0.00 | $3,219.01 |
| 18 | SYNCHRONY BANK BY AIS INFOSOURCE LP »» SYNCB | Unsecured Creditors | $7,658.66 | $0.00 | $7,658.66 |
| 19 | PYOD LLC »» SHERMAN ORIGINATOR III LLC | Unsecured Creditors | $1,253.33 | $0.00 | $1,253.33 |
| 20 | LVNV FUNDING LLC »» RESURGENT | Unsecured Creditors | $6,667.48 | $0.00 | $6,667.48 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» HOME DEPOT | Unsecured Creditors | $10,112.92 | $0.00 | $10,112.92 |
| 22 | JEFFERSON CAPITAL SYSTEMS, LLC »» SUMMIT RACING SYCC | Unsecured Creditors | $850.95 | $0.00 | $850.95 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,050.00 | Plan Balance: | $23,800.00 ** |
| Paid to Claims: | $7,360.70 | Current Monthly Payment: | $550.00 |
| Paid to Trustee: | $680.60 | Arrearages: | ($400.00) |
| Funds on Hand: | $1,008.70 | Total Plan Base: | $32,850.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for FREE!  Register today at www.ndc.org or scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.