| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-17232 / MEH**

John William Gregg, III

Petition Filed Date: 09/13/2022
341 Hearing Date: 10/13/2022
Confirmation Date: 11/02/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2024 | $550.00 | 95983150 | 02/29/2024 | $550.00 | 96560750 | 03/28/2024 | $550.00 | 97040710 |
| 04/25/2024 | $550.00 | 97505190 | 05/17/2024 | $550.00 | 97906120 | 06/20/2024 | $550.00 | 98405830 |
| 07/24/2024 | $550.00 | 98955930 | 08/29/2024 | $550.00 | 99500930 | 09/18/2024 | $550.00 | 99843670 |
| 10/18/2024 | $550.00 | 10030024 | 11/12/2024 | $550.00 | 10069719 | 12/23/2024 | $550.00 | 10125282 |

**Total Receipts for the Period: $6,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | John William Gregg, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MaryBeth Schroeder, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,209.36 | $455.67 | $8,753.69 |
| 2 | SANTANDER CONSUMER USA INC dba<br>»» 2021 DODGE CHALLENGER | Debt Secured by Vehicle | $32.83 | $32.83 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2021 | Priority Creditors | $5,945.57 | $5,945.57 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $65.55 | $0.00 | $65.55 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/212 MORNINGSIDE ST/1ST MTG/ORDER 10/25/22 | Mortgage Arrears | $2,621.01 | $2,621.01 | $0.00 |
| 6 | SANTANDER CONSUMER USA INC dba<br>»» 20201 DODGE CHARGER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $4,726.29 | $233.83 | $4,492.46 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $4,046.19 | $200.20 | $3,845.99 |
| 9 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $7,266.81 | $359.55 | $6,907.26 |
| 10 | CITIBANK, N.A.<br>»» SHELL CREDIT CARD | Unsecured Creditors | $512.76 | $17.79 | $494.97 |
| 11 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,486.95 | $123.06 | $2,363.89 |
| 12 | Wells Fargo Bank, NA<br>»» VALUE CITY FURNITURE | Secured Creditors | $319.48 | $319.48 | $0.00 |
| 13 | Wells Fargo Bank, NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-17232 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BJ'S CONSUMER | Unsecured Creditors | $8,573.50 | $424.21 | $8,149.29 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ZALE'S JEWELRY | Unsecured Creditors | $817.50 | $34.40 | $783.10 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» NEW YORK & CO | Unsecured Creditors | $586.57 | $15.82 | $570.75 |
| 17 | CITIBANK, N.A.<br>»» MY BEST BUY CC | Unsecured Creditors | $3,219.01 | $159.27 | $3,059.74 |
| 18 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» SYNCB | Unsecured Creditors | $7,658.66 | $378.94 | $7,279.72 |
| 19 | PYOD LLC<br>»» SHERMAN ORIGINATOR III LLC | Unsecured Creditors | $1,253.33 | $62.01 | $1,191.32 |
| 20 | LVNV FUNDING LLC<br>»» RESURGENT | Unsecured Creditors | $6,667.48 | $329.90 | $6,337.58 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $10,112.92 | $500.37 | $9,612.55 |
| 22 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SUMMIT RACING SYCC | Unsecured Creditors | $850.95 | $35.81 | $815.14 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,100.00 | Plan Balance: | $17,750.00 ** |
| Paid to Claims: | $13,499.72 | Current Monthly Payment: | $550.00 |
| Paid to Trustee: | $1,060.65 | Arrearages: | $150.00 |
| Funds on Hand: | $539.63 | Total Plan Base: | $32,850.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!
Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**