Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 22-17232 / MEH**

John William Gregg, III

Petition Filed Date: 09/13/2022
341 Hearing Date: 10/13/2022
Confirmation Date: 11/02/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2025 | $550.00 | 10181762 | 02/18/2025 | $550.00 | I1MY6TPH3Z-F | 03/27/2025 | $550.00 | I1VQG6TFCP- |
| 04/24/2025 | $550.00 | I13BGWWFRY | 05/22/2025 | $550.00 | I1XFL948LD-PI | 06/20/2025 | $550.00 | I196LLC53Y-PI |
| 07/18/2025 | $550.00 | I1DRLJM0LQ-F | 08/28/2025 | $550.00 | I1P0FY5820-PI | 09/25/2025 | $550.00 | I1NCFQDD9B- |
| 10/23/2025 | $550.00 | I12LSVLJ3K-PI | 11/20/2025 | $550.00 | I11YSRZ4R1-F | 12/18/2025 | $550.00 | I181SQP8N5-F |
| 01/15/2026 | $550.00 | I856CK9XD6-F | 02/13/2026 | $550.00 | I8MRBXYSK3- | | | |

**Total Receipts for the Period: $7,700.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $22,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John William Gregg, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MaryBeth Schroeder, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,209.36 | $1,343.45 | $7,865.91 |
| 2 | SANTANDER CONSUMER USA INC dba<br>»» 2021 DODGE CHALLENGER | Debt Secured by Vehicle | $32.83 | $32.83 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2021 | Priority Crediors | $5,945.57 | $5,945.57 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $65.55 | $0.00 | $65.55 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/212 MORNINGSIDE ST/1ST MTG/ORDER 10/25/22 | Mortgage Arrears | $2,621.01 | $2,621.01 | $0.00 |
| 6 | SANTANDER CONSUMER USA INC dba<br>»» 20201 DODGE CHARGER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $4,726.29 | $689.47 | $4,036.82 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $4,046.19 | $590.25 | $3,455.94 |
| 9 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $7,266.81 | $1,060.07 | $6,206.74 |
| 10 | CITIBANK, N.A.<br>»» SHELL CREDIT CARD | Unsecured Creditors | $512.76 | $63.28 | $449.48 |
| 11 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,486.95 | $362.79 | $2,124.16 |
| 12 | Wells Fargo Bank, NA<br>»» VALUE CITY FURNITURE | Secured Creditors | $319.48 | $319.48 | $0.00 |

**Chapter 13 Case No. 22-17232 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 13 | Wells Fargo Bank, NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BJ'S CONSUMER | Unsecured Creditors | $8,573.50 | $1,250.70 | $7,322.80 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ZALE'S JEWELRY | Unsecured Creditors | $817.50 | $107.02 | $710.48 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» NEW YORK & CO | Unsecured Creditors | $586.57 | $85.57 | $501.00 |
| 17 | CITIBANK, N.A.<br>»» MY BEST BUY CC | Unsecured Creditors | $3,219.01 | $469.59 | $2,749.42 |
| 18 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» SYNCB | Unsecured Creditors | $7,658.66 | $1,117.23 | $6,541.43 |
| 19 | PYOD LLC<br>»» SHERMAN ORIGINATOR III LLC | Unsecured Creditors | $1,253.33 | $173.46 | $1,079.87 |
| 20 | LVNV FUNDING LLC<br>»» RESURGENT | Unsecured Creditors | $6,667.48 | $972.64 | $5,694.84 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $10,112.92 | $1,475.26 | $8,637.66 |
| 22 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SUMMIT RACING SYCC | Unsecured Creditors | $850.95 | $111.39 | $739.56 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,800.00 | Plan Balance: | $10,050.00 ** |
| Paid to Claims: | $20,041.06 | Current Monthly Payment: | $550.00 |
| Paid to Trustee: | $1,684.90 | Arrearages: | ($400.00) |
| Funds on Hand: | $1,074.04 | Total Plan Base: | $32,850.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**